UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                   CASE NO. 17-mc-51546
v.                               HON. GEORGE CARAM STEEH

TAKATA CORPORATION,

    Defendant.

_____/

## ORDER DENYING DECLARATION (Doc. 1) AS PREMATURE

On February 27, 2017, Takata Corporation ("Takata") pled guilty to one count of wire fraud in violation of 18 U.S.C. § 1343, arising out of its fraudulent misrepresentations regarding its defective airbag inflators to Original Equipment Manufacturers ("OEMs"). On the same date, the court entered a Restitution Order requiring, among other things, that Takata pay restitution in the amount of $125,000,000 to the individuals who have suffered or will suffer personal injury caused by the malfunction of a Takata airbag inflator who have not already resolved their claims against Takata. Now before the court is a pro se submission entitled "declaration" filed by Thomas A. Sturman seeking restitution for "any bodily injury or property damage due to the defective air bags placed in my automobile."

-1-

The Restitution Order is limited to personal injury claims arising from a defective Takata airbag inflator malfunction and does not cover property loss. Sturman states his pleading represents his claim and proof of claim as no form is provided on the website, "Takataspecialclaimmaster.com." Sturman is advised that claim forms and instructions will be available on the Takata special master website in the very near future. Accordingly, Sturman's declaration (Doc. 1) is DENIED as premature, and Sturman is advised to comply with the claim processing procedures set forth on the Takata special master website as those procedures become available.

**IT IS SO ORDERED.**

Dated:   November 29, 2017

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 29, 2017, by electronic and/or ordinary mail and also on Thomas A. Sturman, 4328 Ocean View Drive, Malibu, CA   90265.

s/Barbara Radke
Deputy Clerk